# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF HEIDI ALMASE, FORMER MUNICIPAL COURT JUDGE, CITY OF LAS VEGAS, COUNTY OF CLARK, STATE OF NEVADA,

No. 77227

**FILED**

DEC 28 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## *ORDER ADMINISTRATIVELY CLOSING CASE*

This matter was docketed in this court on October 22, 2018, with the filing of a certified copy of the Findings of Fact, Conclusions of Law and Order Imposing Discipline. *See* Procedural Rules of the Nevada Commission on Judicial Discipline ("PRJDC"), Rule 28(2) (upon the filing of adoption and filing of a decision, the commission must file a certified copy of the decision with the clerk of the supreme court). Respondent did not subsequently file a notice of appeal with the clerk of the commission. *See* PRJDC 34(2); NRAP 3D(d). Accordingly, the clerk of this court is directed to administratively close this matter.

It is so ORDERED.

_____, C.J.

cc:    Law Offices of Kathleen M. Paustian, Chtd.
       Nevada Commission on Judicial Discipline

18-910812